UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY AMATULLO,

          Plaintiff,

-against-

SOUTH STREET SEAPORT LIMITED
PARTNERSHIP and THE HOWARD HUGHES
CORPORATION,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023
```

23 Civ. 9147 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 19, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 19, 2023. ECF No. 9. Those submissions are now overdue.

    Accordingly, by **January 22, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 20, 2023
       New York, New York

                              ANALISA TORRES
                            United States District Judge