UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _1/23/2024_ |

ANTHONY AMATULLO,

          Plaintiff,

-against-

SOUTH STREET SEAPORT LIMITED
PARTNERSHIP and THE HOWARD HUGHES
CORPORATION,

          Defendants.

23 Civ. 9147 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 19, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 19, 2023.  ECF No. 9.  On December 20, 2023, having received no submissions, the Court extended the deadline to January 22, 2024.  ECF No. 13.  Those submissions are now overdue.

Accordingly, by **February 6, 2024,** the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action. Plaintiff is advised that failure to comply with the Court's orders will result in dismissal for failure to prosecute.

SO ORDERED.

Dated: January 23, 2024
      New York, New York

ANALISA TORRES
United States District Judge