UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY AMATULLO,

                Plaintiff,

-against-

SOUTH STREET SEAPORT LIMITED
PARTNERSHIP and THE HOWARD HUGHES
CORPORATION,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2024

23 Civ. 9147 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 19, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 19, 2023. ECF No. 9. On December 20, 2023, and January 23, 2024, having received no submissions, the Court extended the deadline to January 22, 2024, and February 6, 2024, respectively. ECF Nos. 13, 14. On February 7, 2024, the Court granted the parties' request to extend the deadline to March 3, 2024. ECF No. 19. Those submissions are now overdue for a fourth time.

    Accordingly, by **April 5, 2024,** the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action. Absent good cause shown, the Court will not grant another extension. Plaintiff is advised that failure to comply with the Court's orders will result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: March 7, 2024
       New York, New York

ANALISA TORRES
United States District Judge